IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------ x | Chapter 11 |  |
| In re: : |  |  |
| : | Case No. 08-11382 (CSS) |  |
| NATIONAL DRY CLEANERS INC. : |  |  |
| a Delaware corporation, et al.,[1] : | Jointly Administered |  |
| : |  |  |
| Debtors. : |  |  |
| ------------------------------------------------------ x | Dkt Ref. No. 37 & 90 |  |

## NOTICE OF FILING REGARDING PROPOSED SALE OF ASSETS TO USDC KANSAS CITY, INC.

**PLEASE TAKE NOTICE** that on July 11, 2008, Pride Cleaners, Inc. (the "Debtor"), one of the debtors and debtors in possession in the above cases (collectively, the "Debtors"), filed the Motion of Pride Cleaners, Inc. for Orders: (A)(I)(1) Approving Sale Procedures in Connection with Sale of Kansas City Assets Identified in the Asset Purchase Agreement with USDC Kansas City, Inc., (2) Approving Sale Procedures in Connection with Sale of Non-Stalking Horse Assets; (II) Scheduling a Hearing to Consider Sale of Assets; (III) Approving the Form and Manner of Notice Thereof, (IV) Approving a Break-Up Fee to USDC Kansas City, Inc., and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of the Stalking Horse Assets and Non-Stalking Horse Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to the USDC Agreement and/or Kansas City Sale Agreement, (II) Authorizing and Approving the USDC Agreement and/or Kansas City Sale Agreement, (III) Approving the Assumption and Assignment of Executory Contracts; (IV) Providing for Payment of Sale Proceeds to Secured Lender; and (V) Granting Related Relief [Docket No. 37] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtor and USDC Kansas City, Inc. (the "Buyer") are parties to that certain Asset Purchase Agreement dated as of July 9, 2008 (as amended, the "Asset Purchase Agreement") for the sale of certain assets of the Debtor, as set forth in the Asset Purchase Agreement (the "Stalking Horse Assets").

**PLEASE TAKE FURTHER NOTICE** that, in order to provide interested parties with information relevant to the Buyer, attached hereto is the Form 10-QSB for the period

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: National Dry Cleaners Inc. (6722), DCI USA, Inc. (3731), DCI Management Group, Ltd. (a California corporation) (2299), DCI Management Group, Ltd. (an Arizona corporation) (7724), Al Phillips The Cleaner, Inc. (0976), Capitol Varsity, Inc. (9357), DryClean USA of South Carolina, Inc. (3822), DryClean U.S.A. Coastal, Inc. (3612), DryClean USA of Georgia, Inc. (1817), Tuchman Cleaners, Inc. (5121), DCI Management Group, Inc. (0277), and Pride Cleaners, Inc. (9852). The address for the Debtors is 11811 N. Tatum Blvd., #3031, Phoenix, Arizona 85028.

ending March 31, 2008 filed with the United States Securities and Exchange Commission by the Buyer's corporate parent, U.S. Dry Cleaning Corporation.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the sale of the Stalking Horse Assets to the Buyer, or such other Successful Bidder(s) at the Auction to be held pursuant to the Sale Procedures Order, will be held before the Honorable Christopher S. Sontchi in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801 on **August 22, 2008 at 10:00 a.m. (prevailing Eastern Time)** (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that any objection to the sale of the Stalking Horses Assets must: (i) be in writing; (ii) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (iii) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **4:00 p.m. (prevailing Eastern Time) on August 13, 2008**; and (iv) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (a) National Dry Cleaners Inc., 6970 W. 152nd Terrace, Overland Park, Kansas 66223 (Attn: Kevin M. Lyng, Chief Executive Officer); (b) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn: Joel A. Waite), counsel to the Debtors; (c) Benesch, Friedlander, Coplan & Aronoff, LLP, 222 Delaware Avenue, Suite 810, Wilmington, DE 19801 (Attn: Bradford Sandler), counsel to the Committee; (d) Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424 (Attn: Jason Watson), counsel to Prudential; (e) Levene, Neale, Bender, Rankin & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California, 90067 (Attn: Martin J. Brill), counsel to the Buyer; and (f) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn: David Buchbinder) (collectively, the "Notice Parties").

Dated: August 4, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Joel A. Waite (No. 2925)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Proposed Counsel for the Debtors
and Debtors in Possession