IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 08-11382 (CSS) |
| NATIONAL DRY CLEANERS INC. | : | |
| a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | Dkt Ref. No. 37, 90 & 98 |
| | x | |

## NOTICE OF PURCHASE PRICE ADJUSTMENT IN CONNECTION WITH SALE OF ASSETS PURSUANT TO THE ASSET PURCHASE AGREEMENT BY AND BETWEEN USDC KANSAS CITY, INC AND PRIDE CLEANERS, INC.

**PLEASE TAKE NOTICE** that on July 11, 2008, Pride Cleaners, Inc. (the "Debtor"), one of the debtors and debtors in possession in the above cases (collectively, the "Debtors"), filed the Motion of Pride Cleaners, Inc. for Orders: (A)(I)(1) Approving Sale Procedures in Connection with Sale of Kansas City Assets Identified in the Asset Purchase Agreement with USDC Kansas City, Inc., (2) Approving Sale Procedures in Connection with Sale of Non-Stalking Horse Assets; (II) Scheduling a Hearing to Consider Sale of Assets; (III) Approving the Form and Manner of Notice Thereof, (IV) Approving a Break-Up Fee to USDC Kansas City, Inc., and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of the Stalking Horse Assets and Non-Stalking Horse Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to the USDC Agreement and/or Kansas City Sale Agreement, (II) Authorizing and Approving the USDC Agreement and/or Kansas City Sale Agreement, (III) Approving the Assumption and Assignment of Executory Contracts; (IV) Providing for Payment of Sale Proceeds to Secured Lender; and (V) Granting Related Relief [D.I. 37] with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Debtor and USDC Kansas City, Inc. (the "Buyer") are parties to that certain Asset Purchase Agreement dated as of July 9, 2008 (as amended by the First Amendment to Asset Purchase Agreement, date July 24, 2008 [D.I. 98], the "Asset Purchase Agreement")[2] for the sale of certain assets of the Debtor, as set forth in the Asset Purchase Agreement (the "Stalking Horse Assets").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: National Dry Cleaners Inc. (6722), DCI USA, Inc. (3731), DCI Management Group, Ltd. (a California corporation) (2299), DCI Management Group, Ltd. (an Arizona corporation) (7724), Al Phillips The Cleaner, Inc. (0976), Capitol Varsity, Inc. (9357), DryClean USA of South Carolina, Inc. (3822), DryClean U.S.A. Coastal, Inc. (3612), DryClean USA of Georgia, Inc. (1817), Tuchman Cleaners, Inc. (5121), DCI Management Group, Inc. (0277), and Pride Cleaners, Inc. (9852). The address for the Debtors is 11811 N. Tatum Blvd., #3031, Phoenix, Arizona 85028.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Asset Purchase Agreement

**PLEASE TAKE FURTHER NOTICE** that, Section 2.5.1 of the Asset Purchase Agreement provides that if Environmental Consents are not obtained for four Identified Locations, either (i) the Buyer and Seller shall mutually agree to an appropriate reduction in the Purchase Price and Buyer shall assume the lease(s) (and the environmental obligations thereunder) or (ii) the lease(s) will be excluded from the sale and the Purchase Price adjusted as provided in Section 2.1.2(a) of the Asset Purchase Agreement. The lessor for one of the Identified Locations has agreed to provide the Buyer with an Environmental Consent acceptable to the Buyer. With respect to the other three Identified Locations, the Buyer will assume the leases (and the environmental obligations thereunder) and the Purchase Price will be reduced by $70,000.

Dated: August 7, 2008  
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Joel A. Waite_  
Joel A. Waite (No. 2925)  
Matthew B. Lunn (No. 4119)  
Nathan D. Grow (No. 5014)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
(302) 571-6600

Counsel for the Debtors and Debtors in Possession

2

DB01:2600772.2                                                   062865.1001